1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-In-Interest to Glendon Engert,<br><br>                                Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. AND ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINKSKAS; SERGEANT MANUAL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS and DOES ONE through TWENTY-FIVE, inclusive,<br><br>                                Defendants. | Case No. 1:13-CV-00126-LJO-BAM<br><br>**ORDER GRANTING JOINT EX PARTE APPLICATION TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT** |
|---|---|

   The Joint Application for leave of the Court for plaintiffs to file their Second Amended Complaint was reviewed without hearing.  After consideration of the Ex Parte Application papers, and all other matters presented to the Court, IT IS HEREBY ORDERED that the Joint Ex Parte Application for leave of the Court for plaintiffs to file their Second Amended Complaint, attached to the Declaration of Richard H. Schoenberger as Exhibit A, is GRANTED.  The Court further orders as follows:

- That, for purposes of plaintiffs Creditors' Claims and the rejection thereof only, the Second Amended Complaint is deemed to have been filed after May 6, 2013 and before August 2, 2013.

- That the prior stipulation between the parties ("Stipulation Re Paragraph 8 of Plaintiffs First Amended Complaint"), filed on August 2, 2013, is withdrawn.

- That there is no need for additional responsive pleadings to be filed by the defendants following the filing of plaintiffs' Second Amended Complaint, as all prior allegations made by defendants in their responsive pleadings will be deemed responsive to the Second Amended Complaint.

- Plaintiffs shall file their Second Amended Complaint on or before October 25, 2013.

IT IS SO ORDERED.

Dated:   **October 22, 2013**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
ORDER GRANTING JOINT EX PARTE APPLICATION TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT -
CASE NO. 1:13-CV-00126-LJO-BAM