UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, et al,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF STANISLAUS, et al,<br><br>　　　　Defendants.<br>_____/ | Case No. 1: 13-cv-00126-LJO-BAM<br><br>**ORDER GRANTING PARTIES' STIPULATION AND MOTION TO MODIFY SCHEDULING ORDER (Doc. 42.)** |

Based on the Stipulation of the parties (Doc. 42), and for good cause shown, the Court modifies the Scheduling Conference Order (Doc. 31) as follows:

| | |
|---|---|
| <u>Expert Disclosure</u>: | **November 7, 2014;** |
| <u>Supplemental Expert Disclosure</u>: | **November 21, 2014;** |
| <u>Non-Expert Discovery Cutoff</u>: | **December 18, 2014;** |
| <u>Expert Discovery Cutoff</u>: | **January 30, 2015;** |
| <u>Pretrial Motion Filing Deadline</u>: | **February 27, 2015;** |
| <u>Pretrial Motion Hearing Deadline</u>: | **April 1, 2015;** |
| <u>Pretrial Conference</u>: | **June 25, 2015**, at 8:30 AM, in Courtroom 4, before the Honorable Lawrence J. O'Neill; |

1

<u>Trial Date</u>:   **August 4, 2015**, at 8:30 AM, in Courtroom 4, before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **June 3, 2014**                   /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE