| | |
|---|---|
| Richard H. Schoenberger SBN 122190<br>Spencer J. Pahlke, SBN 250914<br>WALKUP, MELODIA, KELLY & SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Tel: (415) 981-7210<br>Fax: (415) 391-6965 | Sean D. O'Dowd SBN 296320<br>GOYETTE & ASSOCIATES<br>2366 Gold Meadow Way Ste 200<br>Gold River, CA 95670<br>Tel: (916) 851-1900<br>Fax: (916) 851-1995 |
| Attorneys for Plaintiffs IRINA ENGERT, ANNE ENGERT, and RON ENGERT | Attorney for Defendant SERGEANT MANUAL MARTINEZ |
| **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Terence J. Cassidy, SBN 099180<br>John R. Whitefleet, SBN 213301<br>Lauren E. Calnero, SBN 284655<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>Tel: 916.929.1481<br>Fax: 916.927.3706 | Bruce A. Kilday, SBN 66415<br>ANGELO, KILDAY & KILDUFF, LLP<br>601 University Avenue Suite 150<br>Sacramento, CA 958625<br>Tel: (916) 564-6100<br>Fax: (916) 564-6263<br><br>Attorney for Defendants DEPUTY MICHAEL GLINSKAS and ESTATE OF ROBERT PARIS, JR |
| Attorneys for Defendant COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON and LIEUTENANT CLIFF HARPER | Cornelius J. Callahan, Esq. SBN 202585<br>BORTON PETRINI, LLP<br>201 Needham Street<br>Modesto, California 95354<br>Tel: (209) 576-1701<br>Fax: (209) 527-9753 |
| Jesse M. Rivera, SBN 84259<br>RIVERA & ASSOCIATES<br>2180 Harvard St Ste 310<br>Sacramento, CA 95815<br>Tel: (916) 922-1200<br>Fax: (916) 922-1303 | Attorneys for Defendant RONI ROBERTS<br><br>Michael S. Warda, CSB #176360<br>MICHAEL S. WARDA,<br>A Professional Law Corporation<br>2350 W. Monte Vista Avenue<br>Turlock, California 95382<br>Tel: (209) 667-1889<br>Fax: (209) 667-1809 |
| Attorneys for Defendant SERGEANT MANUEL MARTINEZ | Attorneys for Defendant RT FINANCIAL |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>                    Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>                    Defendants.<br>_____ | Case No.: 1:13-CV-00126-LJO-BAM<br><br>**STIPULATED REQUEST TO MODIFY SCHEDULING ORDER;  ORDER** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT, and Defendants COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS, the ESTATE OF DEPUTY ROBERT LEE PARIS, JR., RT FINANCIAL, INC., and RONI ROBERTS, (collectively, the "Parties"), by and through their undersigned Counsel, pursuant to Local Rules 143 and 144 as follows:

   1.   The Parties respectfully request the District Court modify the Scheduling Conference Order to allow approximately 90-120 additional days to complete non-expert and expert discovery, expert disclosures, and to file and hear dispositive motions, based on good cause appearing therefore as more fully set forth below.  The Final Pretrial and Trial dates would remain the same.

   2.   On October 2, 2013 the Court issued its Initial Scheduling Order setting certain dates and deadlines, including discovery cut-offs, dispositive motion hearing deadlines and trial.  Dckt. No. 31.

3. On June 3, 2014, the Court modified the Scheduling Order at the request of the Parties based on the substitution of and addition of new counsel for Defendants SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS, and ESTATE OF DEPUTY ROBERT LEE PARIS, JR. Dckt. No. 43.

4. This the Parties' second stipulated request to modify the Scheduling Order.

5. The Parties seek modification of the dates currently set for the close of non-expert and expert discovery, expert disclosures, and the deadlines to file and hear dispositive motions.

6. The Parties submit good cause exists to modify the current scheduling order due to counsels' respective schedules, the remaining voluminous discovery that must be completed, and due to ongoing discovery issues related to various privileges and privacy concerns asserted over confidential medical type records of Plaintiff IRINA ENGERT and decedent Glendon Engert. The issues involving discovery of those medical type records is now pending before the Court. The Parties have met and conferred regarding the discovery issues and deposition scheduling, and have agreed that approximately 90-120 additional days will be necessary to resolve the pending discovery issues and complete non-expert and expert discovery.

7. The Parties submit that the movement of dates will allow counsel to properly complete non-expert and expert discovery, expert disclosures, and prepare and file dispositive motions. The Parties submit that the proposed modified dates will not affect the Pretrial Scheduling Conference or trial date.

8. Therefore, the Parties respectfully submit that good cause exists to amend the Scheduling Conference Order dated June 3, 2014, and hereby propose the following schedule for further proceedings:

|  | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure: | November 7, 2014 | **January 21, 2015** |
| Non-Expert Discovery Cutoff: | December 18, 2014 | **January 30, 2015** |
| Supplemental Expert Disclosure: | November 21, 2014 | **February 11, 2015** |
| Expert Discovery Cutoff: | January 30, 2015 | **March 6, 2015** |
| Pretrial Motion Filing Deadline: | February 27, 2015 | **March 16, 2015** |

<u>Pretrial Motion Hearing Deadline</u>:	April 1, 2015	**May 1, 2015**

<u>Final Pretrial Conference</u>:	June 25, 2015	**Unchanged**

<u>Trial</u>:	August 4, 2015	**Unchanged**

IT IS SO STIPULATED.

                                        Respectfully submitted,

Dated: October 8, 2014	WALKUP, MELODIA, KELLY & SCHOENBERGER

                                        By	  /s/ Richard H. Schoenberger
                                                Richard H. Schoenberger
                                                Spencer J. Pahlke
                                                Attorneys for Plaintiffs
                                                IRINA ENGERT, ANNE ENGERT, and RON ENGERT

Dated: October 8, 2014	PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By	  /s/  Terence J. Cassidy
                                                Terence J. Cassidy
                                                Lauren E. Calnero
                                                Attorneys for Defendants
                                                COUNTY OF STANISLAUS; SHERIFF ADAM CHRISTIANSON; LIEUTENANT CLIFF HARPER

Dated: October 8, 2014	RIVERA & ASSOCIATES

                                        By	  /s/ Jesse M. Rivera
                                                Jesse M. Rivera
                                                Attorney for Defendant
                                                SERGEANT MANUEL MARTINEZ

Dated: October 8, 2014	GOYETTE & ASSOCIATES

                                        By	  /s/ Sean D. O'Dowd
                                                Sean D. O'Dowd
                                                Attorney for Defendant
                                                SERGEANT MANUEL MARTINEZ

Dated: October 8, 2014          ANGELO, KILDAY & KILDUFF, LLP

                                By      /s/ Amie McTavish
                                        Bruce Kilday
                                        Amie McTavish
                                        Attorney for Defendants
                                        DEPUTY MICHAEL GLINSKAS and ESTATE OF
                                        DEPUTY ROBERT PARIS, JR.

Dated: October 8, 2014          BORTON PETRINI, LLP

                                By      /s/ Cornelius J. Callahan
                                        Cornelius John Callahan
                                        Attorney for Defendant RONI ROBERTS

Dated: October 8, 2014          MICHAEL S. WARDA, A PROFESSIONAL LAW
                                CORPORATION


                                By      /s/ Michael S. Warda
                                        Michael S. Warda
                                        Attorney for Defendant RT FINANCIAL, INC.

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference Order be modified as follows:

| | |
|---|---|
| Expert Disclosure: | **January 21, 2015** |
| Non-Expert Discovery Cutoff: | **January 30, 2015** |
| Supplemental Expert Disclosure: | **February 11, 201** |
| Expert Discovery Cutoff: | **February 27, 2015** |
| Pretrial Motion Filing Deadline: | **March 16, 2015** |
| Pretrial Motion Hearing Deadline: | **April 24, 2015** |

The Pretrial Conference date of June 25, 2015 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill and trial date of August 4, 2015 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill remain unchanged.

IT IS SO ORDERED.

Dated:  **October 10, 2014**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE