Richard H. Schoenberger SBN 122190
Spencer J. Pahlke, SBN 250914
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA  94108
Tel:  (415) 981-7210
Fax: (415) 391-6965

Attorneys for Plaintiffs IRINA ENGERT, ANNE ENGERT, and RON ENGERT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendant COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON and LIEUTENANT CLIFF HARPER

Jesse M. Rivera, SBN 84259
RIVERA & ASSOCIATES
2180 Harvard St Ste 310
Sacramento, CA 95815
Tel: (916) 922-1200
Fax: (916) 922-1303

Attorneys for Defendant SERGEANT MANUEL MARTINEZ

Sean D. O'Dowd SBN 296320
GOYETTE & ASSOCIATES
2366 Gold Meadow Way Ste 200
Gold River, CA 95670
Tel: (916) 851-1900
Fax: (916) 851-1995

Attorney for Defendant SERGEANT MANUEL MARTINEZ

Bruce A. Kilday, SBN 66415
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue Suite 150
Sacramento, CA 958625
Tel: (916) 564-6100
Fax: (916)  564-6263

Attorney for Defendants DEPUTY MICHAEL GLINSKAS and ESTATE OF ROBERT PARIS, JR

Cornelius J. Callahan, Esq. SBN 202585
BORTON PETRINI, LLP
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753

Attorneys for Defendant RONI ROBERTS

1

**THIRD STIPULATED REQUEST TO MODIFY SCHEDULING ORDER; ORDER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | Case No.: 1:13-CV-00126-LJO-BAM<br><br>**THIRD STIPULATED REQUEST TO MODIFY SCHEDULING ORDER;  ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT, and Defendants COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS, the ESTATE OF DEPUTY ROBERT LEE PARIS, JR. and RONI ROBERTS, (collectively, the "Parties"), by and through their undersigned Counsel, pursuant to Local Rules 143 and 144 as follows:

1. The Parties respectfully request the District Court modify the deadline for Initial Expert Disclosures in this matter, moving the deadline for disclosing police practices expert witnesses and reports from January 21, 2015 to February 9, 2015 and for supplemental and rebuttal reports by police practices expert(s) from February 11, 2015 to February 17, 2015. All other expert witnesses and reports would be disclosed on January 21, 2015. No other deadlines would be changed.

2. The reason for this request is that the parties are working diligently to complete fact discovery by January 30, 2015, the fact discovery cut-off date. If the deadline for disclosing police practices experts is moved from January 21, 2015 to February 9, 2015, the parties' police practices expert witnesses would be able to review all fact discovery prior to completing their reports. This would simplify the expert report process and potentially reduce the need for supplemental reports.

3. On October 2, 2013 the Court issued its Initial Scheduling Order setting certain dates and deadlines, including discovery cut-offs, dispositive motion hearing deadlines, and trial. Dckt. No. 31.

4. On June 3, 2014, the Court modified the Scheduling Order at the request of the Parties based on the substitution of and addition of new counsel for Defendants SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS, and ESTATE OF DEPUTY ROBERT LEE PARIS, JR. Dckt. No. 43.

5. On October 10, 2014, the Court modified the Scheduling Order at the request of all parties on the basis that voluminous discovery still needed to be completed, and that there were outstanding discovery disputes that needed to be resolved. Dckt. No. 61.

6. Since that time, the parties have worked diligently to complete all fact discovery by the close of fact discovery, on January 30, 2015.

7. This is the Parties' third stipulated request to modify the Scheduling Order.

8. The proposed modified date will not affect the Pretrial Scheduling Conference or trial date.

9. Counsel Mike S. Warda for Defendant RT Financial could not be reached for approval of this stipulation, however, the Parties understand that RT Financial has reached a settlement in this action with Plaintiffs and will not be participating in the expert discovery phase.

///
///
///
///
///

///

///

Therefore, the Parties respectfully request that that Scheduling Order be modified only as follows:

**Police Practices Expert Witness Disclosure with Reports:**

Current Date:        January 21, 2015

Proposed Date:       February 9, 2015

**Police Practices Expert Witness Supplemental/Rebuttal Disclosure with Reports:**

Current Date:        February 11, 2015

Proposed Date:       February 17, 2015

Respectfully submitted,

Dated: January 16, 2015        WALKUP, MELODIA, KELLY & SCHOENBERGER

By   /s/ Richard H. Schoenberger
Richard H. Schoenberger
Spencer J. Pahlke
Attorneys for Plaintiffs
IRINA ENGERT, ANNE ENGERT, and RON ENGERT

Dated: January 16, 2015        PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/  Terence J. Cassidy
Terence J. Cassidy
Lauren E. Calnero
Attorneys for Defendants
COUNTY OF STANISLAUS; SHERIFF ADAM CHRISTIANSON; LIEUTENANT CLIFF HARPER

Dated: January 16, 2015        RIVERA & ASSOCIATES

By   /s/ Jesse M. Rivera
Jesse M. Rivera

```
                                        Attorney for Defendant
                                        SERGEANT MANUEL MARTINEZ

Dated: January 16, 2015                 GOYETTE & ASSOCIATES

                                        By      /s/ Sean D. O'Dowd
                                                Sean D. O'Dowd
                                                Attorney for Defendant
                                                SERGEANT MANUEL MARTINEZ

Dated: January 16, 2015                 ANGELO, KILDAY & KILDUFF, LLP

                                        By      /s/ Amie McTavish
                                                Bruce Kilday
                                                Amie McTavish
                                                Attorney for Defendants
                                                DEPUTY MICHAEL GLINSKAS and ESTATE OF
                                                DEPUTY ROBERT PARIS, JR.

Dated: January 16, 2015                 BORTON PETRINI, LLP

                                        By      /s/ Cornelius J. Callahan
                                                Cornelius John Callahan
                                                Attorney for Defendant RONI ROBERTS
```

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference Order be modified as follows:

**Police Practices Expert Witness Disclosure with Reports:**

| | |
|---|---|
| Current Date: | January 21, 2015 |
| Modified Date: | **February 9, 2015** |

**Police Practices Expert Witness Supplemental/Rebuttal Disclosure with Reports:**

| | |
|---|---|
| Current Date: | February 11, 2015 |
| Modified Date: | **February 17, 2015** |

All other experts would be disclosed on January 21, 2015. No other deadlines would be changed. Expert discovery cut off remains February 27, 2015. The Pretrial Conference date of June 25, 2015 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill and trial date of August 4, 2015 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill also remain unchanged.

IT IS SO ORDERED.

Dated: **January 20, 2015**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE