Richard H. Schoenberger SBN 122190
Spencer J. Pahlke, SBN 250914
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA  94108
Tel:  (415) 981-7210
Fax: (415) 391-6965
Attorneys for Plaintiffs

P O R T E R  |  S C O T T
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706
Attorneys for Defendants COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON and LIEUTENANT CLIFF HARPER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | Case No.: 1:13-CV-00126-LJO-BAM<br><br>**STIPULATION TO DISMISS ALL FEDERAL CLAIMS AGAINST THE COUNTY OF STANISLAUS AND ALL CLAIMS AGAINST SHERIFF ADAM CHRISTIANSON; ORDER** |

1

**STIPULATION TO DISMISS ALL FEDERAL CLAIMS AGAINST THE COUNTY OF STANISLAUS AND ALL CLAIMS AGAINST SHERIFF ADAM CHRISTIANSON; ORDER**
{01366816.DOC}

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs IRINA, RON and ANNE ENGERT ("Plaintiffs") and Defendants COUNTY OF STANISLAUS and SHERIFF ADAM CHRISTIANSON, by and through their undersigned counsel, hereby stipulate as follows:

(1) All claims arising under 42 U.S.C. § 1983 against Defendant COUNTY OF STANISLAUS be dismissed with prejudice.

(2) All claims arising under 42 U.S.C. § 1983 and state law against Defendant SHERIFF ADAM CHRISTIANSON be dismissed with prejudice.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of those claims.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 19, 2015     WALKUP, MELODIA, KELLY & SCHOENBERGER

By _____
Richard H. Schoenberger
Spencer J. Pahlke
Attorneys for Plaintiffs
IRINA ENGERT, ANNE ENGERT, and RON ENGERT

Dated: February 19, 2015     PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Terence J. Cassidy
Lauren E. Calnero
Attorneys for Defendants
COUNTY OF STANISLAUS; SHERIFF ADAM CHRISTIANSON; LIEUTENANT CLIFF HARPER

**STIPULATION TO DISMISS ALL FEDERAL CLAIMS AGAINST THE COUNTY OF STANISLAUS AND ALL CLAIMS AGAINST SHERIFF ADAM CHRISTIANSON; ORDER**
{01366816.DOC}

## ORDER

Having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

(1) All claims arising under 42 U.S.C. § 1983 against Defendant COUNTY OF STANISLAUS are dismissed with prejudice.

(2) All claims arising under 42 U.S.C. § 1983 and state law against Defendant SHERIFF ADAM CHRISTIANSON are dismissed with prejudice.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of those claims.

This case shall remain OPEN.

**SO ORDERED**
**Dated: February 24, 2015**

                                        /s/ Lawrence J. O'Neill
                                        **United States District Judge**

**STIPULATION TO DISMISS ALL FEDERAL CLAIMS AGAINST THE COUNTY OF STANISLAUS AND ALL CLAIMS AGAINST SHERIFF ADAM CHRISTIANSON; ORDER**
{01366816.DOC}