IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, et al., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | Case No.: 1:13-cv-00126-LJO-BAM <br><br> **ORDER GRANTING DEFENDANT SGT. MARTINEZ' (DOC. 122) AND THE COUNTY OF STANISLAUS' AND DEFENDANT HARPER'S (DOC. 103) REQUESTS TO FILE DOCUMENTS UNDER SEAL AND/OR WITH REDACTIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Sgt. M. Martinez'request to file documents under seal and/or with redactions in support of motion for summary judgment, Doc. 122, is GRANTED.

Likewise, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the separate request filed by Stanislaus County and Defendant Cliff Harper to file documents under seal and/or redactions in support of motion for summary judgment, Doc. 103, is GRANTED.

The documents shall remain sealed until orderedotherwise at a later date. If any party or other person(s) wishes to have the documents or any portion thereof unsealed, that party or other person(s) shall file a request with the Court and serve all parties in this action with said papers. Accordingly, the unredacted documents provided to the Court by Defendant Martinez and referenced in Defendant Martinez' request to seal and/or redact the documents are hereby ordered to be filed under seal by the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **March 18, 2015**             **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE