UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>    Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY, et al.,<br><br>    Defendants. | Case No.: 1:13-CV-00126-LJO-BAM<br><br>ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION (DOC. 124) |
|---|---|

## ORDER

Having reviewed the parties' stipulation, Doc. 124, and good cause appearing therefore, IT IS HEREBY ORDERED that the briefing schedule for the pending Motions for Summary Judgment, or in the alternative, Summary Adjudication, be modified as follows:

|  |  |
|---|---|
| **Oppositions to Motions for Summary Judgment filed by Defendants County of Stanislaus/Lt. Cliff Harper and Defendants Deputy Glinskas and the Estate of Deputy Robert Paris:** | April 7, 2015, 11:00 a.m. |
| **Opposition to Motion for Summary Judgment filed by Defendant Sergeant Manuel Martinez:** | April 8, 2015, 11:00 a.m. |
| **Replies to Oppositions to Motions for Summary Judgment:** | April 15, 2015 |
| **Hearing on Motion for Summary Judgment:** | April 22, 2015, 8:30 a.m. |

1

**ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

The Pretrial Conference date of June 25, 2015 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill and trial date of August 4, 2015 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill also remain unchanged.

**SO ORDERED**
**Dated: March 19, 2015**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**

**ORDER APPROVING STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**