| | |
|---|---|
| Richard H. Schoenberger SBN 122190<br>Spencer J. Pahlke, SBN 250914<br>WALKUP, MELODIA, KELLY & SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>Tel: (415) 981-7210<br>Fax: (415) 391-6965<br><br>Attorneys for Plaintiffs IRINA ENGERT, ANNE ENGERT, and RON ENGERT<br><br>**PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Terence J. Cassidy, SBN 099180<br>Kristina M. Hall, SBN 196794<br>Lauren E. Calnero, SBN 284655<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>Tel: 916.929.1481<br>Fax: 916.927.3706<br><br>Attorneys for Defendant COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON and LIEUTENANT CLIFF HARPER<br><br>Jesse M. Rivera, SBN 84259<br>Jill B. Nathan, SBN 186136<br>RIVERA & ASSOCIATES<br>2180 Harvard St Ste 310<br>Sacramento, CA 95815<br>Tel: (916) 922-1200<br>Fax: (916) 922-1303<br><br>Attorneys for Defendant SERGEANT MANUEL MARTINEZ | Sean D. O'Dowd SBN 296320<br>GOYETTE & ASSOCIATES<br>2366 Gold Meadow Way Ste 200<br>Gold River, CA 95670<br>Tel: (916) 851-1900<br>Fax: (916) 851-1995<br><br>Attorney for Defendant SERGEANT MANUEL MARTINEZ<br><br>Bruce A. Kilday, SBN 66415<br>Amie C. McTavish, SBN 242372<br>ANGELO, KILDAY & KILDUFF, LLP<br>601 University Avenue Suite 150<br>Sacramento, CA 958625<br>Tel: (916) 564-6100<br>Fax: (916) 564-6263<br><br>Attorney for Defendants DEPUTY MICHAEL GLINSKAS and ESTATE OF ROBERT PARIS, JR |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>        Plaintiffs,<br><br>vs. | Case No.: 1:13-CV-00126-LJO-BAM<br><br>**STIPULATION TO DISMISS BANE ACT CLAIM [CALIFORNIA CIVIL CODE § 52.1] AGAINST ALL DEFENDANTS; ORDER** |

1

**STIPULATION TO DISMISS BANE ACT CLAIM [CALIFORNIA CIVIL CODE § 52.1] AGAINST ALL DEFENDANTS; ORDER**

{01378105.DOC}

STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,

       Defendants.

_____/

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs IRINA, RON and ANNE ENGERT ("Plaintiffs") and Defendants COUNTY OF STANISLAUS, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS, by and through their undersigned counsel, hereby stipulate as follows:

(1) Any and all claims arising under the Bane Act, California Civil Code § 52.1, against Defendants COUNTY OF STANISLAUS, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS are dismissed with prejudice.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of those claims.

IT IS SO STIPULATED.

            Respectfully submitted,

Dated: March 20, 2015    WALKUP, MELODIA, KELLY & SCHOENBERGER

           By <u>Richard H. Schoenberger (as authorized march 20, 2015)</u>
             Richard H. Schoenberger
             Spencer J. Pahlke
             Attorneys for Plaintiffs
             IRINA ENGERT, ANNE ENGERT, and RON ENGERT

Dated: March 20, 2015           PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By      /s/ Terence J . Cassidy
                                        Terence J. Cassidy
                                        Lauren E. Calnero
                                        Attorneys for Defendants
                                        COUNTY OF STANISLAUS; SHERIFF ADAM
                                        CHRISTIANSON; LIEUTENANT CLIFF HARPER


Dated: March 20, 2015           RIVERA & ASSOCIATES

                                By      /s/ Jill B. Nathan (authorized March 16, 2015)
                                        Jesse M. Rivera
                                        Jill B. Nathan
                                        Attorney for Defendant
                                        SERGEANT MANUEL MARTINEZ


Dated: March 20, 2015           GOYETTE & ASSOCIATES

                                By      /s/ Sean O'Dowd (authorized March 16, 2015)
                                        Sean O'Dowd
                                        Attorney for Defendant
                                        SERGEANT MANUEL MARTINEZ


Dated: March 20, 2015           ANGELO, KILDAY & KILDUFF, LLP

                                By      /s/ Amie C. McTavish (authorized March 16, 2015)
                                        Bruce Kilday
                                        Amie McTavish
                                        Attorney for Defendants
                                        DEPUTY MICHAEL GLINSKAS and ESTATE OF
                                        DEPUTY ROBERT PARIS, JR

**STIPULATION TO DISMISS BANE ACT CLAIM [CALIFORNIA CIVIL CODE § 52.1] AGAINST ALL DEFENDANTS; ORDER**

{01378105.DOC}

**ORDER**

Having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

Any and all claims arising under the Bane Act, California Civil Code § 52.1, against Defendants COUNTY OF STANISLAUS, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS are dismissed with prejudice.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of those claims.

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of those claims.

IT IS SO ORDERED.

Dated: __March 23, 2015__          ____/s/ Lawrence J. O'Neill____
                                     UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS BANE ACT CLAIM [CALIFORNIA CIVIL CODE § 52.1] AGAINST ALL DEFENDANTS; ORDER**

{01378105.DOC}