LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com
JUSTIN CHOU (State Bar #279137)
jchou@walkuplwoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-In-Interest to Glendon Engert,<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. AND ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINKSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00126-LJO-BAM<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL, IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: April 14, 2015<br>Time: 8:30 a.m.<br>Ctrm: 4 |

Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Request to File Documents Under Seal, in Opposition to the Motions for Summary Judgment and/or Summary Adjudication, filed by the Defendants (Doc. #171), is GRANTED.

The documents submitted to the Court, and described in Plaintiff's Notice of Request to File Documents Under Seal, are hereby ordered to be filed under seal by the Clerk of the Court.

The documents shall be and remained sealed in accordance with the Protective Order entered by this Court on November 14, 2014 (Doc. #75).

**IT IS SO ORDERED**
**Dated: April 7, 2015**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL, IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - CASE NO. 1:13-CV-00126-LJO-BAM