Richard H. Schoenberger SBN 122190
Spencer J. Pahlke, SBN 250914
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Tel: (415) 981-7210
Fax: (415) 391-6965

Attorneys for Plaintiffs IRINA ENGERT, ANNE ENGERT, and RON ENGERT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Kristina M. Hall, SBN 196794
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendant COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON and LIEUTENANT CLIFF HARPER

Jesse M. Rivera, SBN 84259
Jill B. Nathan, SBN 186136
RIVERA & ASSOCIATES
2180 Harvard St Ste 310
Sacramento, CA 95815
Tel: (916) 922-1200
Fax: (916) 922-1303

Attorneys for Defendant SERGEANT MANUEL MARTINEZ

Sean D. O'Dowd SBN 296320
GOYETTE & ASSOCIATES
2366 Gold Meadow Way Ste 200
Gold River, CA 95670
Tel: (916) 851-1900
Fax: (916) 851-1995

Attorney for Defendant SERGEANT MANUEL MARTINEZ

Bruce A. Kilday, SBN 66415
Amie C. McTavish, SBN 242372
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue Suite 150
Sacramento, CA 958625
Tel: (916) 564-6100
Fax: (916) 564-6263

Attorney for Defendants DEPUTY MICHAEL GLINSKAS and ESTATE OF ROBERT PARIS, JR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

1

**STIPULATION TO PERMIT DEFENDANTS TO FILE REPLIES TO OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION AND ALL RELATED DOCUMENTS UNDER SEAL; ORDER**
{01393052.DOC}

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>　　　　　　　　　Defendants.<br>_____ | Case No.: 1:13-CV-00126-LJO-BAM<br><br>**STIPULATION TO PERMIT DEFENDANTS COUNTY OF STANISLAUS AND LT. CLIFF HARPER TO FILE REPLIES TO OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION AND ALL RELATED DOCUMENTS UNDER SEAL; ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT, and Defendants COUNTY OF STANISLAUS, SHERIFF ADAM CHRISTIANSON, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS, the ESTATE OF DEPUTY ROBERT LEE PARIS, JR.. (collectively, the "Parties"), by and through their undersigned Counsel, pursuant to Local Rules 143, 144 and 230(f) as follows:

　　　　1.　　Defendants COUNTY OF STANISLAUS and LIEUTENANT CLIFF HARPER filed a motion for summary judgment, or in the alternative, summary adjudication, on March 16, 2015. Defendants' motion was submitted in conjunction with a Notice of Request to Seal Documents and Request to Seal due to the Motion and related documents containing confidential peace officer personnel information and confidential medical information. The Court granted Defendants' request on March 18, 2015. (Docket No. 123)

2

**STIPULATION TO PERMIT DEFENDANTS TO FILE REPLIES TO OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION AND ALL RELATED DOCUMENTS UNDER SEAL; ORDER**
{01393052.DOC}

2. Defendant SERGEANT MANUEL MARTINEZ filed a motion for summary judgment, or in the alternative, summary adjudication, on March 16, 2015. Defendant MARTINEZ's motion also was submitted in conjunction with a Request to Seal Documents on the same grounds as the COUNTY and HARPER. The Court granted Defendant Martinez's request to seal documents on March 18, 2015. (Docket No. 123)

3. Defendants DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS, JR. filed a motion for summary judgment, or in the alternative, summary adjudication, on March 16, 2015. These Defendants joined in the Request to Seal Documents filed by Defendants COUNTY OF STANISLAUS and LIEUTENANT CLIFF HARPER.

4. On April 7, 2015, Plaintiffs IRINA ENGERT, ANNE ENGERT and RON ENGERT filed their Opposition to Defendants' Motions for Summary Judgment/Adjudication. For the same reasons that Defendants requested that portions of their Motion and related evidence be submitted under seal, Plaintiffs also requested that they be permitted to file their Opposition and related documents under seal. (See Docket No. 171.) On April 7, 2015, the Court granted Plaintiffs' request to file the Opposition and related materials under seal. (See Docket No. 172.)

5. Defendants COUNTY OF STANISLAUS and LT. CLIFF HARPER have prepared their Reply briefs, Reply to Plaintiffs' Responses to Defendants' Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment/Adjudication, Response to Plaintiffs' Additional Material Facts, and Objections and Motions to Strike Evidence, which are must be filed by April 15, 2015 in accordance with the terms of the modified briefing scheduled previously endorsed by the Court (see Docket No. 125). All of the briefs and related documents that Defendants submit will incorporate and restate the confidential information that was contained in both Defendants' moving papers and Plaintiffs' Opposition thereto, as well as additional confidential information of the same nature as part of the Reply. Specifically, the information sought to be filed under seal pertains to 1) discussions regarding training and performance evaluations; 2) Deputy Paris's hearing and issues related thereto; and 3) any information reflecting or discussing a complaint lodged by Deputy Mike Veil against Deputy Paris and administrative notes reflecting steps taken by Lieutenant Cliff Harper, Sergeant

Martinez and Captain Bill Duncan to address the concerns raised by Deputy Veil, as well as investigative efforts relating to same.

6. Since all other briefs, arguments, pleadings, evidence and materials pertaining to Defendants' Motion for Summary Judgment/Adjudication, and Plaintiffs' Opposition thereto, have been filed under seal, Defendants inquired of the Court on April 15, 2015, as to whether the original sealing order applicable to Defendants' Motion for Summary Judgment/Adjudication would also be applicable to their Reply and related documents and pleadings. The Court's clerk directed Defendants to file this Stipulation and Proposed Order for filing under seal.

7. In accordance with Eastern District Local Rule 141, Defendants COUNTY OF STANISLAUS and LT. CLIFF HARPER make the following designations regarding portions of the Replies and related pleadings that they request to be filed under seal:

- Reply Brief: Page 1, lines 12-13 and line 16; Page 3, lines 13-26; Page 4, lines 1-9 and lines 13-28; Page 5, lines 1-5, lines 21-23, and line 26.

- Defendants' Reply to Plaintiffs' Response to Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication. Defendants seek to file the following UMF Numbers under seal: UMF Nos. 61, 79, 82, 83-103, 105-107, 109-114, 116, and 118.

- Defendants' Response to Plaintiffs' Separate Statement of Additional Material Facts: AMF Nos. 1-90, 108 and 109.

- Defendants' Joint Objections to and Motions to Strike Plaintiffs' Evidence: Objection No. 9.

8. The Parties believe and therefore stipulate that the foregoing documents should be sealed and/or redacted throughout the duration of this action in accordance with the aforementioned authorities and thereafter be destroyed following resolution and/or completion of this case. The Parties further stipulate that these documents should be accessible only by the named parties, their counsel and employees of counsel, the Court, and court personnel for purposes of this litigation only.

9. Based on the foregoing, the Parties stipulate and respectfully request that the District Court permit Defendants' Replies and all documents and pleadings related to the Replies to be filed under seal for the same reasons that the Court permitted the Motions for Summary Judgment/Adjudication, Plaintiffs' Opposition thereto, and all documents related to both to be filed under seal.

Respectfully submitted,

Dated: April 15, 2015        WALKUP, MELODIA, KELLY & SCHOENBERGER

By     /s/ Richard H. Schoenberger (authorized on 4/15/15)
       Richard H. Schoenberger
       Spencer J. Pahlke
       Attorneys for Plaintiffs
       IRINA ENGERT, ANNE ENGERT, and RON ENGERT

Dated: April 15, 2015        PORTER SCOTT
                             A PROFESSIONAL CORPORATION

By     /s/ Lauren E. Calnero
       Terence J. Cassidy
       Kristina M. Hall
       Lauren E. Calnero
       Attorneys for Defendants
       COUNTY OF STANISLAUS; SHERIFF ADAM CHRISTIANSON; LIEUTENANT CLIFF HARPER

Dated: April 15, 2015        RIVERA & ASSOCIATES

By     /s/ Jill B. Nathan (authorized 4/15/15)
       Jesse M. Rivera
       Jill B. Nathan
       Attorney for Defendant
       SERGEANT MANUEL MARTINEZ

Dated: April 15, 2015        GOYETTE & ASSOCIATES

By     /s/ Sean D. O'Dowd (authorized 4/15/15)
       Sean D. O'Dowd
       Attorney for Defendant
       SERGEANT MANUEL MARTINEZ

**STIPULATION TO PERMIT DEFENDANTS TO FILE REPLIES TO OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION AND ALL RELATED DOCUMENTS UNDER SEAL; ORDER**
{01393052.DOC}

Dated: April 15, 2015					ANGELO, KILDAY & KILDUFF, LLP

						By	/s/ Amie McTavish (authorized 4/15/15)
							Bruce Kilday
							Amie McTavish
							Attorney for Defendants
							DEPUTY MICHAEL GLINSKAS and ESTATE OF DEPUTY ROBERT PARIS, JR.

### ORDER

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants COUNTY OF STANISLAUS and LIEUTENANT CLIFF HARPER, may file their Replies to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment/Adjudication and all pleadings and documents related thereto under seal.

IT IS SO ORDERED.

Dated:   **April 15, 2015**			/s/ Lawrence J. O'Neill
						UNITED STATES DISTRICT JUDGE

**STIPULATION TO PERMIT DEFENDANTS TO FILE REPLIES TO OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION AND ALL RELATED DOCUMENTS UNDER SEAL; ORDER**
{01393052.DOC}