Richard H. Schoenberger  SBN 122190
Spencer J. Pahlke, SBN 250914
WALKUP, MELODIA, KELLY &
SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA  94108
Tel:  (415) 981-7210
Fax: (415) 391-6965

Attorneys for Plaintiffs  IRINA  ENGERT,
ANNE ENGERT, and RON ENGERT

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for  Defendant  COUNTY  OF
STANISLAUS,         SHERIFF         ADAM
CHRISTIANSON  and  LIEUTENANT  CLIFF
HARPER

Jesse M. Rivera, SBN 84259
Jill B. Nathan, SBN 186136
RIVERA & ASSOCIATES
2180 Harvard St Ste 310
Sacramento, CA 95815
Tel: (916) 922-1200
Fax: (916) 922-1303

Attorneys for Defendant SERGEANT MANUEL
MARTÍNEZ

Sean D. O'Dowd SBN 296320
GOYETTE & ASSOCIATES
2366 Gold Meadow Way Ste 200
Gold River, CA 95670
Tel: (916) 851-1900
Fax: (916) 851-1995

Attorney for Defendant SERGEANT MANUEL
MARTÍNEZ

Bruce A. Kilday, SBN 66415
Amie C. McTavish, SBN 242372
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue Suite 150
Sacramento, CA 958625
Tel: (916) 564-6100
Fax: (916)  564-6263

Attorney for Defendants DEPUTY MICHAEL
GLINSKAS and ESTATE OF ROBERT PARIS,
JR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT,  ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert, | Case No.: 1:13-CV-00126-LJO-BAM |
| | **STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; ORDER** |
| Plaintiffs, | |
| vs. | |

STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE;  ORDER
{01403940.DOC}

STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,

Defendants.

_____/

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 143, Plaintiffs IRINA, RON and ANNE ENGERT ("Plaintiffs") and Defendants COUNTY OF STANISLAUS, LIEUTENANT CLIFF HARPER, SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1.	Briefing on Defendants' three Motions for Summary Judgment, or in the alternative, Summary Adjudication, is now complete.

2.	On April 17, 2015, the District Court issued a Minute Order vacating the hearing on the three for Summary Judgment, or in the alternative, Summary Adjudication (Dckt. No. 191).  The District Court took the Motions for Summary Judgment, or in the alternative, Summary Adjudication under submission pursuant to Eastern District Local Rule 230(g).

3.	The Final Pretrial Conference is currently scheduled for June 25, 2015 before the Honorable District Court Judge Lawrence J. O'Neill.  In accordance with the Pretrial Scheduling Order and Standing Orders, counsel for the Parties have commenced their meet and confer effort regarding the Joint Pretrial Conference. In addition to the preparation of other trial related documents, by the Parties' calculation, Plaintiffs must transmit their draft Joint Pretrial Statement to Defendants on or before June 11, 2015.  Defendants must complete their portion of the Joint Pretrial Statement and the Parties must finalize that document for filing no later than June 18, 2015.

///

**STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; ORDER**

{01403940.DOC}

///

4.      In light of the volume of the three Motions for Summary Judgment, or in the alternative, Summary Adjudication, the Oppositions and Replies thereto, and evidence submitted by the Parties in support of their respective positions, counsel for the Parties are cognizant that additional time may be necessary to complete review of those papers prior to the issuance of a ruling on the Motions by the District Court.  Likewise, the Parties in good faith believe that the issuance of a ruling and Order on the three Motions for Summary Judgment would help define the scope of the claims and issues for the Parties to address as part of their preparation for the Final Pretrial Conference, including but not limited to preparation of the Joint Pretrial Statement, Jury Instructions, Motions in Limine and Exhibits and Exhibit Lists.

5.      Based on the above, the Parties stipulate to and request a short continuance of the Final Pretrial Conference to allow additional time for the issuance of an Order on the Motions for Summary Judgment, or in the Alternative, Summary Adjudication.   The Parties propose the following changes:

| Deadline | Current Date: | Proposed New Date: |
|---|---|---|
| Plaintiffs'' Draft Joint Pretrial Statement to be transmitted to Defendants | June 11, 2015 | June 25, 2015 |
| Defendants' Draft Joint Pretrial Statement to be transmitted to Plaintiffs and filing of Joint Pretrial Statement with District Court | June 18, 2015 | July 2, 2015 |
| Final Pretrial Conference | June 25, 2015 | July 9, 2015 |

Respectfully submitted,

Dated: May 14, 2015                WALKUP, MELODIA, KELLY & SCHOENBERGER

By       /s/ Richard H. Schoenberger (as authorized 5/14/15)
        Richard H. Schoenberger
        Spencer J. Pahlke
        Attorneys for Plaintiffs
        IRINA ENGERT, ANNE ENGERT, and RON ENGERT

STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; ORDER
{01403940.DOC}

Dated: May 13, 2015              PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By      /s/ John R. Whitefleet
                                         Terence J. Cassidy
                                         John R. Whitefleet
                                         Lauren E. Calnero
                                         Attorneys for Defendants
                                         COUNTY   OF   STANISLAUS;   SHERIFF   ADAM
                                         CHRISTIANSON; LIEUTENANT CLIFF HARPER


Dated: May 13, 2015         RIVERA & ASSOCIATES

                                 By      __/s/ Jesse M. Rivera (as authorized May 13, 2015)
                                         Jesse M. Rivera
                                         Jill B. Nathan
                                         Attorney for Defendant
                                         SERGEANT MANUEL MARTINEZ

Dated: May 13, 2015         GOYETTE & ASSOCIATES

                                 By      __/s/ Sean D. O'Dowd (as authorized May 13, 2015)
                                         Sean D. O'Dowd
                                         Attorney for Defendant
                                         SERGEANT MANUEL MARTINEZ


Dated: May 13, 2015         ANGELO, KILDAY & KILDUFF, LLP

                                 By      __/s/ Bruce K. Kilday (as authorized May 13, 2015)
                                         Bruce Kilday
                                         Amie McTavish
                                         Attorney for Defendants
                                         DEPUTY MICHAEL GLINSKAS and ESTATE OF
                                         DEPUTY ROBERT PARIS, JR

**STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; ORDER**
{01403940.DOC}

<u>**ORDER**</u>

Having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Final Pretrial Conference be continued to July 9, 2015. Plaintiffs will transmit their draft of the Joint Pretrial Statement on June 25, 2015.   Defendants will transmit their modifications to the draft Joint Pretrial Statement on July 2, 2015, and the Joint Pretrial Statement will be filed no later than July 2, 2015.

IT IS SO ORDERED.

Dated:   **May 15, 2015**                    ____**/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

---

**STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; ORDER**
{01403940.DOC}