UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive<br>　　　　　　　Defendants, | Case No. 1:13-cv-126-LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS APPROVING SETTLEMENT AGREEMENT WITH RONI ROBERTS**<br><br>**(Docs. 87, 200)** |

　　　On May 13, 2015, the Magistrate Judge issued Findings and Recommendations that Defendant Roni Roberts' ("Defendant") application for Motion for Good Faith Settlement be GRANTED. (Doc. 200). These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fifteen (15) days after service of the order. No objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 13, 2015, are ADOPTED IN FULL;
2. Defendant Roni Roberts' Motion for Good Faith Settlement Determination is GRANTED; and
3. Pursuant to California Code of Civil Procedure, Sections 877 and 877.6(c), RONI ROBERTS is therefore discharged from all liability for any contribution and any and all parties are barred from pursuing any cross-complaints for contribution against Defendant Roberts for any cause related to the instant action.

**IT IS SO ORDERED**

**Dated: June 9, 2015**

                                  /s/ Lawrence J. O'Neill
                              **United States District Judge**