**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendant COUNTY OF STANISLAUS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. and ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER; RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:13-CV-00126-LJO-BAM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |

---

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

{01486989.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT, and Defendants SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS, JR., by and through their undersigned counsel, that all of the claims by Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT alleged against Defendants SERGEANT MANUEL MARTINEZ, DEPUTY MICHAEL GLINSKAS and the ESTATE OF DEPUTY ROBERT LEE PARIS, JR. be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

Respectfully submitted

Dated: January 20, 2016       WALKUP, MELODIA, KELLY & SCHOENBERGER

By   /s/ Richard H. Schoenberger *(authorized on 1/20/16)*
Richard H. Schoenberger
Spencer J. Pahlke
Attorneys for Plaintiffs
IRINA ENGERT, ANNE ENGERT, and RON ENGERT

Dated: January 20, 2016       PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ Terence J. Cassidy
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendant
COUNTY OF STANISLAUS

Dated: January 20, 2016       ANGELO, KILDAY & KILDUFF, LLP

By   /s/ Bruce Kilday *(authorized on 1/20/16)*
Bruce Kilday
Amie McTavish
Attorneys for Defendants
DEPUTY MICHAEL GLINSKAS and ESTATE OF
DEPUTY ROBERT PARIS, JR.

Dated: January 20, 2016                RIVERA & ASSOCIATES

                              By   /s/ Jesse M. Rivera *(authorized on 1/20/16)*
                                   Jesse M. Rivera
                                   Attorneys for Defendant
                                   SERGEANT MANUEL MARTINEZ

## ORDER

**IT IS SO ORDERED**
**Dated: January 20, 2016**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

{01486989.DOC}