# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successors-in-Interest to Glendon Engert, | 1:13-CV-00126 LJO BAM |
| Plaintiffs, | ORDER TO SHOW CAUSE RE DISMISSAL OF RT FINANCIAL |
| v. | |
| STANISLAUS COUNTY, et al., | |
| Defendants. | |

All claims in this case have been settled and stipulations of dismissal entered with respect to all parties except RT Financial, Inc. ("RT Financial"). The Court understands that Defendant Roni Roberts, the claims against whom have been settled and who has been dismissed as a defendant, was at some point doing business as RT Financial. RT Financial is represented by separate counsel, Michael S. Warda, but, apart from an answer filed in July 2013, Doc. 27, Mr. Warda has not filed any documents in this litigation.

The Court raised the status of RT Financial in its June 8, 2014 Memorandum Decision and Order Re Defendants' Motions for Summary Judgment, noting that RT Financial had not moved for summary judgment. Doc. 213 at 39 n. 22. Since then, no activity has taken place on the docket with regard to RT

Financial and no party has taken steps to explain RT Financial's lingering presence in this case. Accordingly, Plaintiffs are ordered to show cause in writing on or before February 19, 2016, why RT Financial should not be dismissed for failure to prosecute and this case closed.

IT IS SO ORDERED.

    Dated: __**February 8, 2016**__            __**/s/ Lawrence J. O'Neill**__
                                                          UNITED STATES DISTRICT JUDGE