Bradley A. Post, Esq., SBN. 127028
**BORTON PETRINI, LLP**
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
bpost@bortonpetrini.com

*Attorneys for Defendant,*
RONI ROBERTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA ENGERT, ANNE ENGERT, and RON ENGERT, Individually and as Successor-In-Interest to Glendon Engert,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY; SHERIFF ADAM CHRISTIANSON; ROBERT LEE PARIS, SR. AND ELIZABETH JANE PARIS, PERSONAL REPRESENTATIVES TO THE ESTATE OF DEPUTY SHERIFF ROBERT LEE PARIS, JR.; DEPUTY MICHAEL GLINKSKAS; SERGEANT MANUEL MARTINEZ; LIEUTENANT CLIFF HARPER, RT FINANCIAL, INC.; RONI ROBERTS; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00126-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT and Defendants RONI ROBERTS and RT FINANCIAL, INC., by and through their undersigned counsel, that all claims by Plaintiffs IRINA ENGERT, RON ENGERT and ANNE ENGERT alleged against Defendant RONI ROBERTS and RT FINANCIAL, INC., be dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) and/or 42(a)(2) of the

/ / /

Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

Respectfully submitted

Dated:  May 13, 2016                       WALKUP, MELODIA, KELLY & SCHOENBERGER

By    /s/ Richard H. Schoenberger (*authorized 5/13/16*)
Richard H. Schoenberger
Spencer J. Pahlke
Attorneys for Plaintiffs
IRINA ENGERT, ANNE ENGERT and RON ENGERT

Dated:  May 13, 2016                       BORTON PETRINI, LLP

By    /s/ Bradley A. Post
Attorney for Defendant
RONI ROBERTS

Dated:  May 13, 2016                       MICHAEL S. WARDA
A PROFESSIONAL LAW CORPORATION

By    /s/ Michael S. Warda (*authorized* 5/13/16*)*
Attorney for Defendant
RT FINANCIAL, INC.

**ORDER**

The above stipulation is approved. Accordingly, the Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **May 16, 2016**                       **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE